IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BITUMINOUS CASUALTY CORPORATION,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **AARON FERER AND SONS COMPANY;** ) <br> **THE UNITED STATES ENVIRONMENTAL** ) <br> **PROTECTION AGENCY/JAMES B.** ) <br> **GULLIFORD, REGION 7 ADMINISTRATOR;** ) <br> and **UNION PACIFIC RAILROAD** ) <br> **COMPANY,** ) <br> ) <br> **Defendants.** ) | **4:06CV3128** <br><br> **SCHEDULING ORDER** |

This matter is before the magistrate judge for full pretrial supervision. The case was filed in Lincoln and was placed on the Lincoln docket. In its Answer [17] defendant Aaron Ferer & Sons Co. (AFSCO) designated Omaha, Nebraska as the place for trial.

Pursuant to NECivR 40.1(b), the defendant's request must be accompanied by a supporting affidavit. The court will then resolve the conflicting requests without oral argument, based on the convenience of the litigants, witnesses, and counsel. NECivR 40.1(b)(2).

**IT IS ORDERED:**

1.  Defendant AFSCO is given until and including **September 15, 2006** to file an affidavit in support of its request for trial in Omaha.

2.  All other parties are given until and including **October 5, 2006** to respond to AFSCO's request for trial in Omaha.

**DATED August 28, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**