IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BITUMINOUS CASUALTY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AARON FERER AND SONS COMPANY; ) <br> THE UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY/JAMES B. ) <br> GULLIFORD, REGION 7 ADMINISTRATOR; ) <br> and UNION PACIFIC RAILROAD ) <br> COMPANY, ) <br> ) <br> Defendants. ) | 4:06CV3128 <br><br> ORDER TO SHOW CAUSE |

The records of the court show that on August 8, 2006, a letter (filing #13) was sent to attorney Carolyn L. McIntosh from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

As of September 18, 2006, Ms. McIntosh had not complied with this requirement.

**IT IS ORDERED** that, on or before October 2, 2006, attorney Carolyn L. McIntosh shall register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

**DATED September 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge