IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BITUMINOUS CASUALTY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AARON FERER AND SONS COMPANY, )<br>THE UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY / JOHN B. ASKEW, )<br>REGION 7 ADMINISTRATOR, and UNION )<br>PACIFIC RAILROAD COMPANY, )<br>)<br>Defendants. ) | 4:06CV3128<br><br>ORDER |

In the Report of Parties' Planning Conference [29] the United States Environmental Protection Agency ("EPA") requested that this proceeding, including discovery, be deferred until the district court rules on its pending Motion to Dismiss for lack of subject matter jurisdiction [27].

**IT IS ORDERED** that the EPA's request [29] is granted, and all action in this case, including discovery, is hereby stayed as to the EPA pending the district court's ruling on the EPA's Motion to Dismiss [27].

**DATED October 16, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**