IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) ) ) | 4:06CV3128 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| AARON FERER AND SONS COMPANY and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

   IT IS ORDERED that Defendant's motion for an enlargement of time (filing 51) is granted <u>instanter</u>, and that the evidence index and exhibits attached to said motion are deemed to have been filed and served on December 15, 2006.

   December 18, 2006.              BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge