IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) ) ) | 4:06CV3128 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| AARON FERER AND SONS COMPANY and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendant Aaron Ferer and Sons Company's motion to stay (filing 49) is granted, as follows:

Defendant's deadline to respond to Plaintiff's motion for summary judgment (filing 44) is continued until further order of the court.[1]

December 27, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] A subsequent order will be entered in connection with Defendant's motion for a continuance (filing 48), which is not yet ripe for decision.