IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) ) ) | Case No.  4:06CV03128 |
| Plaintiff, | ) ) ) | **ORDER TO EXTEND THE TIME IN WHICH TO FILE REPLY BRIEF** |
| v. | ) ) | |
| AARON FERER AND SONS COMPANY, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY/JAMES B. GULLIFOR, REGION 7 ADMINSTRATOR, AND UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the "stipulation" filed by defendant Union Pacific Railroad Company (filing 61), treated as a motion, is granted, and, accordingly, that Union Pacific shall have until January 9, 2007, to file a reply to the plaintiff's brief in opposition to Union Pacific's motion to dismiss.

January 5, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge