IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3128 |
| v. | ) ) | |
| AARON FERER AND SONS COMPANY, and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This case has been reassigned to the undersigned magistrate judge for judicial supervision and processing of all pretrial matters.


IT THEREFORE HEREBY IS ORDERED,

The Rule 16 telephone planning conference will be held with the undersigned and is rescheduled to **April 19, 2007 at 9:00 a.m.** Plaintiff's counsel shall initiate the call to 402-437-5235.


DATED this 6th day of February, 2007.


BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge