IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3128 |
| v. | ) ) | |
| AARON FERER AND SONS COMPANY, and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The motion of defendant Aaron Ferer & Sons Company to withdraw Shawna M. Bligh and Darwin E. Johnson as counsel of record, filing 103, is granted.

DATED this 3rd day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge