```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BITUMINOUS CASUALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3128 |
| v. | ) ) | |
| AARON FERER AND SONS COMPANY, and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

The court has been advised that the parties are now prepared to go forward with a planning conference.

IT THEREFORE HEREBY IS ORDERED,

The Rule 16 telephone planning conference is rescheduled to August 1, 2007 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 19th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge